B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodin & Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-3937692** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2255 Barry Ave**<br>**Los Angeles, CA**<br><br>ZIP Code<br>**90064** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rodin & Company, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts )

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____
   Signature of Attorney for Debtor(s)            (Date)

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rodin & Company, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney*

Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

310-229-1234
Telephone Number

**May 19, 2010                185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110 )

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Susan Rodin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 19, 2010**
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik<br>Levene, Neale, Bender, Rankin & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>185520<br>☒ Attorney for: Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    Rodin & Company, Inc.<br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____
*Signature of Authorized Signatory of Filing Party*

**May 19, 2010** _____
Date

**Susan Rodin**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____
*Signature of Attorney for Filing Party*

**May 19, 2010** _____
Date

**David B. Golubchik 185520**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

## CERTIFICATE OF RODIN & COMPANY, INC. AUTHORIZING FILING
## OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Susan Rodin, hereby certify as follows:

1.      I am the Chairman of the Board of Directors and President of Rodin & Company,

Inc. (the "Company").

2.      At a special meeting of the Company's Board of Directors, the following

resolutions were duly approved and enacted by the Board, and the same remain in full force and

effect, without modification, as of the date hereof:

> **RESOLVED**, that Susan Rodin ("Rodin") is hereby authorized to
> determine, based upon subsequent events and advice of counsel,
> whether it is desirable and in the best interests of the Company, its
> creditors, and other interested parties, that the Company file a
> Petition under the provisions of Chapter 11 of Title 11, United
> States Code (the "Bankruptcy Code");

> **FURTHER RESOLVED**, that Rodin is hereby authorized and
> directed on behalf of and in the name of the Company to execute a
> Chapter 11 bankruptcy petition and all related documents and
> papers on behalf of the Company in order to enable the Company to
> commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Rodin is hereby authorized and
> directed on behalf of and in the name of the Company to execute
> and file and to cause counsel for the Company to prepare with the
> assistance of the Company as appropriate all petitions, schedules,
> lists and other papers, documents and pleadings in connection with
> the Company's bankruptcy case, and to take any and all action
> which Rodin deems necessary and proper in connection with the
> Company's bankruptcy case;

> **FURTHER RESOLVED,** that the Company hereby retains the
> law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. as
> bankruptcy counsel for the Company for purposes of, among other
> things, representing the Company in its Chapter 11 case; and

> **FURTHER RESOLVED**, that Rodin is hereby authorized and
> directed on behalf of and in the name of the Company to execute a

pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBRB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated: May 19, 2010

                        RODIN & COMPANY, INC.

                        By:    SUSAN RODIN
                              Its:    Chairman of Board and President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Rodin & Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)

Name of creditor and complete mailing address including zip code | (2)

Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)

Nature of claim (trade debt, bank loan, government contract, etc.) | (4)

Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)

Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903 | **Internal Revenue Service** Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903 | **2009 Payroll taxes** | | 304,524.01 |
| **Internal Revenue Service** Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903 | **Internal Revenue Service** Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903 | **2010 Payroll Taxes (941)** | | 124,691.26 |
| **UNITED STATES TREASURY** | **UNITED STATES TREASURY** | | | 70,449.20 |
| **UNITED PAINTING & WATERPROOFING** 6011 RESEDA BLVD., STE. 3 TARZANA, CA 91356 | **UNITED PAINTING & WATERPROOFING** 6011 RESEDA BLVD., STE. 3 TARZANA, CA 91356 (818) 401-0150 | **trade** | | 56,630.73 |
| **KNOLL, INC.** P.O. BOX 277778 ATLANTA, GA 30384-7778 | **KNOLL, INC.** P.O. BOX 277778 ATLANTA, GA 30384-7778 800-343-5665 | **trade** | | 36,230.94 |
| **VISTA PAINT** 2020 E. ORANGETHORPE AVENUE FULLERTON, CA 92831 | **VISTA PAINT** 2020 E. ORANGETHORPE AVENUE FULLERTON, CA 92831 714-680-3800 | **trade** | | 31,061.67 |
| **Employment Development Dept.** 1525 S. Broadway Room 223 Los Angeles, CA 90015 | **Employment Development Dept.** 1525 S. Broadway, Room 223 Los Angeles, CA 90015 | **Payroll taxes** | | 28,597.21 |
| **DUNN-EDWARDS** 4885 EAST 52ND PLACE LOS ANGELES, CA 90040 | **DUNN-EDWARDS** 4885 EAST 52ND PLACE LOS ANGELES, CA 90040 323 771-3330 | **trade** | | 20,929.65 |
| **WOLF GORDON** 33-00 47TH AVENUE LONG ISLAND, NY 11101-2430 | **WOLF GORDON** 33-00 47TH AVENUE LONG ISLAND, NY 11101-2430 718 691-4800 | **trade** | | 20,006.66 |

B4 (Official Form 4) (12/07) - Cont.
In re    **Rodin & Company, Inc.**                                    Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| FRAZEE<br>6625 Miramar Rd<br>San Diego, CA 92121 | FRAZEE<br>6625 Miramar Rd<br>San Diego, CA 92121<br>619-276-9500 | trade | | 18,694.96 |
| FRANCHISE TAX BOARD<br>STATE I.D. # 1319957<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257 | FRANCHISE TAX BOARD<br>STATE I.D. # 1319957, POBox 942857<br>SACRAMENTO, CA 94257 | taxes | | 16,444.74 |
| ICI PAINTS<br>16401 Hawthorne Blvd<br>Culver City, CA 90230 | ICI PAINTS<br>16401 Hawthorne Blvd<br>Culver City, CA 90230<br>310 390-7647 | trade | | 14,570.38 |
| EXEC-U-CARE<br>2610 NORTHGATE DR.<br>IOWA CITY, IA 52244 | EXEC-U-CARE<br>2610 NORTHGATE DR.<br>IOWA CITY, IA 52244 | trade | | 14,564.00 |
| COX PAINT<br>1130 SANTA MONICA BLVD.<br>SANTA M0NICA, CA 90401 | COX PAINT<br>1130 SANTA MONICA BLVD.<br>SANTA M0NICA, CA 90401<br>Account #215-1950-810-02 | trade | | 13,663.05 |
| LEFFLER ACCOUNTANCY<br>CORPORATION<br>16030 VENTURA BLVD.<br>SUITE# 490<br>ENCINO, CA 91436 | LEFFLER ACCOUNTANCY<br>CORPORATION<br>16030 VENTURA BLVD., Suite 490<br>ENCINO, CA 91436<br>818-501-1181 | professional<br>services | | 13,116.19 |
| Industrial Protective Coatings<br>1855 Enterprise Drive<br>De Pere, WI 54115 | Industrial Protective Coatings<br>1855 Enterprise Drive<br>De Pere, WI 54115 | trade | | 11,790.93 |
| VerizonW-01<br>P.O. BX 9622<br>MISSION HILLS, CA<br>91346-9622 | VerizonW-01<br>P.O. BX 9622<br>MISSION HILLS, CA 91346-9622 | telephone | | 10,897.21 |
| CALIFORNIA CHOICE<br>721 S. PARKER ROAD<br>SUITE # 300<br>ORANGE COUNTY, CA 92868 | CALIFORNIA CHOICE<br>721 S. PARKER ROAD, #300<br>ORANGE COUNTY, CA 92868 | trade | | 9,300.72 |
| MAHARAM<br>P.O. BOX 6900<br>HAUPPAUGE, NY 11788-0196 | MAHARAM<br>P.O. BOX 6900<br>HAUPPAUGE, NY 11788-0196<br>516-582-3434 | trade | | 7,534.22 |
| SHERWIN-WILLIAMS<br>COMPANY<br>5756 MESMER AVENUE<br>CULVER CITY, CA 90230 | SHERWIN-WILLIAMS COMPANY<br>5756 MESMER AVENUE<br>CULVER CITY, CA 90230<br>516-582-3434 | trade | | 5,703.43 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Rodin & Company, Inc.**                                             Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 19, 2010**                         Signature   _____

**Susan Rodin**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re    **Rodin & Company, Inc.**                                              Case No. _____  _____  ____

                                    Debtor                                      Chapter_____    **11**      _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Susan Rodin 2255 Barry Ave Los Angeles, CA 90064** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 19, 2010**                              Signature _____  ____

                                                        **Susan Rodin**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>CA State Bar Number: **185520** | |
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</div> | |
| In re:<br><br>　　　**Rodin & Company, Inc.**<br><br>　　　　　　　　　　　　　　　　　　　Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

### VENUE DISCLOSURE FORM
### FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.　Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
　　2255 Barry Avenue, Los Angeles, CA 90064

2.　Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
　　2255 Barry Avenue, Los Angeles, CA 90064

3.　Disclose the current business address(es) for all corporate officers:
　　Susan Rodin, 2255 Barry Avenue, Los Angeles, CA 90064

4.　Disclose the current business address(es) where the Debtor's books and records are located:
　　2255 Barry Avenue, Los Angeles, CA 90064

5.　List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
　　2255 Barry Avenue, Los Angeles, CA 90064

6.　Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
　　N/A

7.　State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
　　Susan Rodin, President, 2255 Barry Avenue, Los Angeles, CA 90064

8.　Total number of attached pages of supporting documentation: ___

| In re | | CHAPTER 11 |
|---|---|---|
| Rodin & Company, Inc. | | |
| | Debtor. | CASE NUMBER |

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____ May 19, 2010 ____, at Los Angeles, California.

**Susan Rodin**
*Type Name of Officer*

**President**
*Position or Title of Officer*

*Signature of Declarant*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles _____ , California.

Dated      May 19, 2010 _____

Susan Rodin
Debtor

_____

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

Software Copyright (c) 1996 2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Rodin & Company, Inc.**  Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  $ ~~0.00~~  *1,039.00*  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
    **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Matters which are outside of LNBRB's specialization**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| May 19, 2010 | /s/ David B. Golubchik |
|---|---|
| *Date* | **David B. Golubchik 185820** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Rankin & Brill LLP** |
| | *Name of Law Firm* |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **David B. Golubchik 185520**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone

■ Attorney for Debtor(s)
□ Debtor in Pro Per

<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>List all names including trade names used by Debtor(s) within last 8 years:<br><strong>Rodin & Company, Inc.</strong></td><td>Case No.:</td></tr>
<tr><td></td><td>Chapter:    11</td></tr>
</table>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __11__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    May 19, 2010

Susan Rodin/President
Signer/Title

Date:    May 19, 2010

Signature of Attorney
David B. Golubchik 185520
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Rodin & Company, Inc.
2255 Barry Ave
Los Angeles, CA 90064


David B. Golubchik
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


AAAA
1932 Wynnton Road
COLUMBUS, OH 31999


AFLAC
ATTN: REMITTANCE PROCESSING SE
1932 WYNNTON ROAD
COLUMBUS, OH 91507


Alert Neighborhood Security
P.O. Box 1066
Burbank, CA 91507-1066


ALERT NEIGHBORHOOD SECURITY SYS.
P.O. BOX 1066
BURBANK, CA 91364


ALL STATE MAINTENANCE, INC.
19720 VENTURA BLVD.,
SUITE # 105
WOODLAND HILLS, CA 90096

American Express
P.O. BOX 0001
LOS ANGELES, CA 90096

American Express
11060 W PICO
LOS ANGELES, CA 90064

ANAWALT
11060 W PICO
LOS ANGELES, CA 90064

ARROWHEAD WATER
A/C# 0026566612
P. O. BOX 856158
louisville, KY 40285

Audi
Department #129601
P.O. Box 67000
Detroit, MI 48267-1296

BLR
141 Mill Rock Road East
PO Box 6001
Old Saybrook, CT 06475-9861

BLUE SKY
P.O. BOX 571085
TARZANA, CA 91357

BROWN, BROWN & KLASS
28118 Agoura Rd,
Agoura Hills, CA 91301

CALIFORNIA CHOICE
721 S. PARKER ROAD
SUITE # 300
ORANGE COUNTY, CA 92868

CALIFORNIA CONCRETE CLEANING, INC.
P.O BOX 399
RANCHO CUCAMONGA, CA 91729

CALIFORNIA STATE FIRE PROTECTION CO.
7833 NAYLOR AVE.
LOS ANGELES, CA 90045

CARNEGIE
110 N. CENTRE AVENUE
ROCKVILLE CENTER, NY 11571

CHARLES G. HARDY INC.
15723 Vermont Ave
Paramont, CA 90723

Chase

CHEVRON AND TEXACO BUSINESS CARD SERVICE
PO BOX 70887
CHARLOTTE, NC 28272

CITI AADVANTAGE BUSINESS CARD
P.O. Box 6309
The Lakes, NV 88901

CITI CARDS M/C-9665
P.O. BOX 6416
THE LAKES, NV 88901-6416

CJ MATSUMOTO AND SONS
1865 CORDOVA ST.
LOS ANGELES, CA 90007

COPY R OFFICE SOLUTION
P.O. BOX 41601
PHILA, PA 19101-1601

COX PAINT
1130 SANTA MONICA BLVD.
SANTA MONICA, CA 90401

CRM LIEN SERVICES, INC.
3010 SATURN STREET, SUITE 103
BREA, CA 92821

CROWE HORWATH
P.O. BOX 145415
CINCINNATI, OH 45250-9791

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197

DELL FINANCIAL SERVICES
P.O. BOX 5292
CAROL STREAM, IL 60197

DESIGNTEX
P.O. BOX 75610
CHICAGO, IL 60675-5610

DONGHIA FURNITURE / TEXTILES
485 Broadway
New York, NY 10013

DUNN-EDWARDS
4885 EAST 52ND PLACE
LOS ANGELES, CA 90040

E-TEL
6927 CHIMINEAS AVENUE
RESEDA, CA 91335

Employment Development Dept.
1525 S. Broadway
Room 223
Los Angeles, CA 90015

ET AMERICA CORPORATION
18730 Oxnard Street
Unit 208
Tarzana, CA 91356

EXEC-U-CARE
2610 NORTHGATE DR.
IOWA CITY, IA 52244

FEDEX
P.O.BOX 7221
PASADENA, CA 91109-7321

FRANCHISE TAX BOARD
STATE I.D. # 1319957
P.O. BOX 942857
SACRAMENTO, CA 94257

FRAZEE
6625 Miramar Rd
San Diego, CA 92121

GLOBAL REFURBISHING SERVICES, INC.
13502 WHITTIER BLVD. PMB H-238
WHITTIER,, CA 90605

GOLDEN EAGLE INSURANCE
P.O. BOX 85834
SAN DIEGO, CA 92186-5834

Golen Eagle Insurance
P.O. Box 6486
Carol Stream, IL 60197-6486

H & E Equipt. Services EAGLE HIGH REACH
4129 LOSEE ROAD
LAS VEGAS, NV 89030

HOME DEPOT
P.O. BOX 6031
THE LAKES, NV 88901-6031

I.C.W Group
P.O BOX 85563
SAN DIEGO, CA 92186

IBLR
141 MILL ROCK ROAD EAST
OLD SAYBROOK, CT 06475


ICI PAINTS
16401 Hawthorne Blvd
Culver City, CA 90230


Industrial Protective Coatings
1855 Enterprise Drive
De Pere, WI 54115


INDUSTRIAL WASTE UTILIZATION, INC.
5601 STATE STREET
MONTCLAIR, CA 91763


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


KBS MESSENGER
3336 S.ROBERTSON BLVD.
LOS ANGELES, CA 90034


KM MANAGEMENT
6320 Canoga Ave #1500
Woodland Hills, CA 91367


KNOLL, INC.
P.O. BOX 277778
ATLANTA, GA 30384-7778

LA DEPT OF WATER & POWER
PO BOX 30808
LOS ANGELES, CA 90030-0808


LA WIPER
1612 N. Indiana Street
Los Angeles, CA 90063


LEFFLER ACCOUNTANCY CORPORATION
16030 VENTURA BLVD.
SUITE# 490
ENCINO, CA 91436


Lexus


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054-0027


Lowry's Inc.
9243 Cranford Ave.
Arleta, CA 91331


MAHARAM
P.O. BOX 6900
HAUPPAUGE, NY 11788-0196


MARTIN L. HORWITZ, A P.C.
9665 WILSHIRE BLVD., STE. 505
BEVERLY HILLS, CA 90212-2340

MASTER WALLCOVERING INC.
5701 LASAINE AVENUE
ENCINO, CA 91316


OM Roofing Inc
305 Kingsford Street
Monterey Park, CA 91754


ORCHARD SUPPLY COMPANY
P.O. BOX 659445
SAN ANTONIO, TX 78265-9445


PACIFIC HIGH REACH
1605 N. O'Donnell Way
Orange, CA 92867


PHILLIPS 66 - CONOCO -76
PROCESSING CENTER
P.O. BOX 689058
DES MOINES, IA 50368-9058


PREMIUM ASSIGNMENT CORPORATION
CALIFORNIA # 2070
151 KALMUS DR., # 220
COSTA MESA, CA 92626


R.A. AIR CONDITIONING
13918 SATICOY ST.
VAN NUYS, CA 91402


RJF-KOROSEAL
P.O. BOX 5235N
CLEVELAND 44193

SCUFFMASTER
33-00 47TH AVENUE
LONG ISLAND, NY 11101-2430


SHERWIN-WILLIAMS COMPANY
5756 MESMER AVENUE
CULVER CITY, CA 90230


SPRAYCO
1198 SOUTH LA BREA AVE.
LOS ANGELES, CA 90019


SPRINT
P.O. BOX 4181
CAROL STREAM
IL 60197-4181


Susan Rodin
2255 Barry Ave
Los Angeles, CA 90064


TelePacific Communications
PO Box 526015
Sacramento, CA 95852-6015


TRI-KES WALL FASHION
P.O. BOX 2251
COPPEL, TX 75019-8251


UNITED PAINTING & WATERPROOFING
6011 RESEDA BLVD., STE. 3
TARZANA, CA 91356

UNITED PARCEL SERVICE
P.O. BOX 894820
LOS ANGELES, CA 90189-4820


UNITED STATES TREASURY


VERIZON CALIFORNIA
P.O. BOX 9688
MISSION HILLS, CA 91346-9688


VerizonW-01
P.O. BX 9622
MISSION HILLS, CA 91346-9622


VerizonW-04
P.O. BOX 9622
MISSION HILLS, CA 91346-9622


VISTA PAINT
2020 E. ORANGETHORPE AVENUE
FULLERTON, CA 92831


WOLF GORDON
33-00 47TH AVENUE
LONG ISLAND, NY 11101-2430

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>California State Bar Number: **185520**<br><br>*Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>          **Rodin & Company, Inc.** | CASE NO.:<br>ADV. NO.:<br>CHAPTER:    **11** |
|---|---|
| Debtor(s), | |
| Plaintiff(s), | |
| Defendant(s). | |

<div align="center">

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

</div>

*Pursuant to F.R.B.P 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David B. Golubchik 185520**                      , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the debtor corporation

2.a.        ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.        ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
Signature of Attorney or Declarant

**May 19, 2010**
Date

**David B. Golubchik 185520**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy